OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED FIRST CLASS

UNITED STATES POSTAGE

02 1M
0004279596

$ 00.26⁵
DEC 18 2014

PITNEY BOWES

12/17/2014
NORVELL, BELVIN    Tr. Ct. No. D-1-DC-11-300742-A   MAILED FROM ZIP CODE  WR-81,933-01

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

RT3
Discharged

Abel Acosta, Clerk

BELVIN NORVELL
# 1810725

U TF